UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| Case No. | 2:21-cv-10013-SSS-JEMx | Date | October 30, 2023 |
|---|---|---|---|
| Title | *Sabine Altena, et al. v. Nina Ansary* | | |

Present: The Honorable     SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):  Attorney(s) Present for Defendant(s):
None Present                                          None Present

**Proceedings:   (IN CHAMBERS) ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED**

On September 19, 2023, the parties filed a Joint State Report Regarding Appellate Decision in Curacao.  [Dkt. 76].  Having reviewed the parties' statements and record in this case, the parties are **ORDERED TO SHOW CAUSE** in writing why this case should not be dismissed in light of the reversal of the judgment from the Court of First Instance of Curaçao.  The written responses are due by **December 1, 2023**.  A hearing will be held via Zoom videoconference on **December 8, 2023, at 1:00 p.m**.

**IT IS SO ORDERED.**