GREGORY B. KOLTUN (CA BAR NO. 130454)
BENJAMIN J. FOX (CA BAR NO. 193374)
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California 90017-3543
Telephone: 213.892.5200
Facsimile: 213.892.5454
GKoltun@mofo.com; BFox@mofo.com

JAMES I. MCCLAMMY (admitted *pro hac vice*)
NICHOLAS D'ANGELO (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: 212.450.4000
james.mcclammy@davispolk.com
nicholas.dangelo@davispolk.com

Attorneys for Plaintiff
SABINE ALTENA as Foreign Representative for
ENNIA CARIBE HOLDING N.V., ENNIA CARIBE LEVEN
N.V., ENNIA CARIBE SCHADE N.V., ENNIA CARIBE
ZORG N.V., and EC INVESTMENTS B.V.

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| SABINE ALTENA as Foreign Representative for ENNIA CARIBE HOLDING N.V., ENNIA CARIBE LEVEN N.V., ENNIA CARIBE SCHADE N.V., ENNIA CARIBE ZORG N.V., and EC INVESTMENTS B.V., <br><br> Plaintiff, <br><br> v. <br><br> NINA ANSARY, <br><br> Defendant. | Case No. 2:21-cv-10013-SSS-JEMx <br><br> **ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE** <br><br> **NOTE CHANGES MADE BY COURT** |

The Court, having considered the parties' stipulation, the action is dismissed without prejudice. Each party shall bear its own fees and costs incurred.

The Court further DISCHARGES the OSC issued on October 30, 2023 and VACATES the OSC hearing set for December 8, 2023, and lifts the STAY.

IT IS SO ORDERED.

Dated: November 8, 2023

Hon. Sunshine S. Sykes
United States District Judge